UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>Jose Ponce Velasquez )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 0?-mj-2129<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

RECEIVED 2008 JUL 23 A 11:12
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Emanuel Jimato Lopez

DATED: 7/23/08

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   J. PARIS Clerk
by
     Deputy Clerk