UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. 08mj 2529 |
| vs. | ) ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| JOSE PONCE-VELAZQUEZ | ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge,  **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Carlos Lopez-Salazar

DATED: 7/29/08

**LOUISA S. PORTER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
　　　　　　　DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
　　　Deputy Clerk

R. F. MESSIG

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062