# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      CALIFORNIA

**APPEARANCE**

Case Number: 08cr2502-DMS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE PONCE-VELASQUEZ

**I am replacing Timothy R. Garrison as attorney of record on this case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/6/2008 | /s/ KASHA K. POLLREISZ |
| Date | Signature |
| | Kasha K. Pollreisz-Federal Defenders of SD — 204148 |
| | Print Name / Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City / State / Zip Code |
| | (619) 234-8467 / (619) 687-2666 |
| | Phone Number / Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CR2502-DMS |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JOSE PONCE-VELASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated: August 6, 2008

 /s/ Kasha K. Pollreisz
KASHA K. POLLREISZ
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
kasha_pollreisz@fd.org